UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>IAN ANDRE ROBERTS,<br><br>Defendant. | CRIMINAL NO. 4:25-cr-00124<br><br><br>WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT |

Pursuant to Federal Rule of Criminal Procedure 10(b), the Defendant, Ian Roberts, hereby waives personal appearance at the arraignment on the charges currently pending against him in this court, and states as follows:

1. Ian Roberts affirms that he has received a copy of the Indictment.

2. Ian Roberts understands he has the right to appear personally before the Court for an arraignment on these charges, and voluntarily waives that right.

3. Ian Roberts pleads **NOT GUILTY** to all counts of the Indictment.

4. Ian Roberts denies the forfeiture.

_____
Defendant

PARRISH KRUIDENIER, L.L.P.

BY: /s/ Alfredo Parrish
Alfredo Parrish          AT0006051
Brandon Brown            AT0001199
Benjamin Bergmann        AT0009469
Alexander Smith          AT0011363
2910 Grand Avenue

Des Moines, Iowa 50312
(515) 284-5737 / (515) 284-1704 (Fax)
aparrish@parrishlaw.com
bbrown@parrishlaw.com
bbergmann@parrishlaw.com
asmith@parrishlaw.com
**ATTORNEYS FOR DEFENDANT**

PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause by:

| | | | |
|---|---|---|---|
| ( ) | personal service | ( ) | first-class mail |
| ( ) | certified mail, return receipt requested | ( ) | facsimile |
| ( ) | Airborne Express (overnight) | (X) | electronic filing |
| | | ( ) | e-mail |

on October 21, 2025.
I declare that the statements above are true to the best of my information, knowledge, and belief.

/s/ Lori Yardley

MacKenzie Benson Tubbs
Assistant United States Attorney
Southern District of Iowa
210 Walnut Street, Suite 455
Des Moines, IA 50309
(515) 473-9345
mackenzie.benson.tubbs@usdoj.gov
ATTORNEY FOR UNITED STATES

Dr. Ian Roberts
DEFENDANT