**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br>vs.<br><br>**IAN ROBERTS,**<br><br>**Defendant.** | **CASE NO. 4:25-cr-00124-RGE-HCA-1**<br><br><br>**DEFENDANT'S MOTION TO FILE SENTENCING MEMORANDUM AND EXHIBITS UNDER SEAL** |

**COMES NOW** the Defendant, Ian Roberts, by and through counsel, and for his Motion to File Sentencing Memorandum and Exhibits Under Seal, respectfully states to the court the following:

1.    A grand jury in the Southern District of Iowa returned a two-count indictment against the Defendant, charging him with Count I, False Statement for Employment in violation of 18 U.S.C. § 1546(b)(3), and Count II, Illegal Alien in Possession of a Firearm in violation of 18 U.S.C. §§ 922(g)(5)(A) and 924(a)(8).

2.    Sentencing is scheduled for May 29, 2026.

3.    The date to file the Sentencing Memorandum and Exhibits is May 25, 2026.

4.    Defendant's Sentencing Memorandum and Exhibits contain confidential information that should not become part of the public case file.

5.      This information should not become part of the public case file unless ordered by the court.

6.      Given the nature of the Sentencing Memorandum and Exhibits, permission is requested to file his Sentencing Memorandum and Exhibits under seal.

**WHEREFORE,** Defendant prays that the court grant his motion to file the Sentencing Memorandum and Exhibits under seal, issue an order permitting him to do so, and any other relief that is just and equitable under the circumstances.

PARRISH KRUIDENIER, L.L.P.

By: /s/ *Alfredo Parrish*

| | |
|---|---|
| Alfredo Parrish | AT0006051 |
| Brandon Brown | AT0001199 |
| Benjamin D. Bergmann | AT0009469 |
| Alexander Smith | AT0011363 |

2910 Grand Avenue
Des Moines, Iowa 50312
Phone: 515.284.5737
Fax: 515.284.1704
aparrish@parrishlaw.com
bbrown@parrishlaw.com
bbergmann@parrishlaw.com
asmith@parrishlaw.com
**ATTORNEYS FOR DEFENDANT**

PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was **electronically filed** using the CM/ECF system on May 20, 2026.

/s/ *Alexandria Dea*

2

MacKenzie Benson Tubbs
United States Attorney's Office
110 East Court Avenue, Suite 286
Des Moines, Iowa 50309
Mackenzie.benson.tubbs@usdoj.gov
**ATTORNEY FOR PLAINTIFF**

Dr. Ian Andre Roberts
**DEFENDANT**