**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>        **Plaintiff,**<br><br>vs.<br><br>**IAN ROBERTS,**<br><br>        **Defendant.** | **CASE NO. 4:25-cr-00124-RGE-HCA-1**<br><br><br>**DEFENDANT'S MOTION TO UNSEAL SENTENCING MEMORANDUM AND EXHIBITS UNDER SEAL** |

**COMES NOW** the Defendant, Ian Roberts, by and through counsel, and for his Motion to Unseal his Sentencing Memorandum and Exhibits, respectfully states to the court the following:

1.    A grand jury in the Southern District of Iowa returned a two-count indictment against the Defendant, charging him with Count I, False Statement for Employment in violation of 18 U.S.C. § 1546(b)(3), and Count II, Illegal Alien in Possession of a Firearm in violation of 18 U.S.C. §§ 922(g)(5)(A) and 924(a)(8).

2.    Sentencing is scheduled for May 29, 2026.

3.    Defendant filed his Sentencing Memorandum and Exhibits on May 22, 2026, under seal. Defendant had requested to file the Sentencing Memorandum and Exhibits under seal due to some of the confidential information therein. The filing under seal was done voluntarily and with the consent of Dr. Roberts.

4.    The Government filed its Sentencing Memorandum on May 22 after Defendant filed his. The Government's filing was **not** sealed and thus available to the public.

5.    After discussing this development with Defendant, the Defendant now wishes to unseal his Sentencing Memorandum and Exhibits, to make them publicly available, given that some, if not all, of the confidential information therein has now already been made public by the Government's filing.

**WHEREFORE,** Defendant prays that the court grant his motion to unseal the Sentencing Memorandum and Exhibits and any other relief that is just and equitable under the circumstances.

**PARRISH KRUIDENIER, L.L.P.**

By: /s/ *Alfredo Parrish*

| | |
|---|---|
| Alfredo Parrish | AT0006051 |
| Brandon Brown | AT0001199 |
| Benjamin D. Bergmann | AT0009469 |
| Alexander Smith | AT0011363 |
| 2910 Grand Avenue | |
| Des Moines, Iowa 50312 | |
| Phone: 515.284.5737 | |
| Fax: 515.284.1704 | |
| aparrish@parrishlaw.com | |
| bbrown@parrishlaw.com | |
| bbergmann@parrishlaw.com | |
| asmith@parrishlaw.com | |

**ATTORNEYS FOR DEFENDANT**

2

3

## PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was **electronically filed** using the CM/ECF system on May 26, 2026.

*/s/ Lori Yardley*

3

MacKenzie Benson Tubbs
United States Attorney's Office
110 East Court Avenue, Suite 286
Des Moines, Iowa 50309
Mackenzie.benson.tubbs@usdoj.gov
**ATTORNEY FOR PLAINTIFF**

Dr. Ian Andre Roberts
**DEFENDANT**